IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVYN TAYLOR, #07941-025,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 12-cv-1049-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Respondent United States of America and against Petitioner Kevyn Taylor,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed.

                                      NANCY J. ROSENSTENGEL, CLERK

**Dated:** December 13, 2012                  <u>s/Brenda K. Lowe</u>
                                                              **Deputy Clerk**

**Approved:**    <u>s/ J. Phil Gilbert</u>
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**